# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-70126-TMD |
| | § | |
| West Texas Bulldog Oilfield Services, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,399,693.52 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $837,178.71 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $190,378.63 | | |

3)        Total gross receipts of $1,027,557.34  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,027,557.34 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,484,121.85 | $4,344,804.31 | $837,178.71 | $837,178.71 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $112,879.60 | $112,879.60 | $121,956.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $655,667.45 | $634,978.28 | $68,422.52 |
| Priority Unsecured Claims (From **Exhibit 6**) | $141,371.49 | $359,383.55 | $307,083.49 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $10,874,591.42 | $1,054,403.22 | $996,779.46 | $0.00 |
| **Total Disbursements** | $14,500,084.76 | $6,528,588.12 | $2,888,899.54 | $1,027,557.34 |

4).  This case was originally filed under chapter 11 on 07/17/2017. The case was converted to one under Chapter 7 on 11/16/2017. The case was pending for 37 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2020        By:   /s/ Ronald E. Ingalls
                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| A/R | 1121-000 | $836,178.71 |
| Vehicles | 1129-000 | $155,779.00 |
| Ins Policy premium refund | 1229-000 | $28,942.21 |
| Remnant Assets | 1229-000 | $5,000.00 |
| Retainer -Mullin Hoard Brown | 1229-000 | $1,557.42 |
| WF Checking 6572 | 1229-000 | $100.00 |
| **TOTAL GROSS RECEIPTS** | | $1,027,557.34 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Crane County | 4800-000 | $0.00 | $223,685.15 | $0.00 | $0.00 |
| 5 | Ector CAD | 4800-000 | $0.00 | $7,407.36 | $0.00 | $0.00 |
| 8S | Hitachi Capital America Corp | 4210-000 | $0.00 | $90,000.00 | $0.00 | $0.00 |
| 9 | ALLY BANK | 4210-000 | $0.00 | $28,846.09 | $0.00 | $0.00 |
| 10 | ALLY BANK | 4210-000 | $0.00 | $61,688.84 | $0.00 | $0.00 |
| 11 | ALLY BANK | 4210-000 | $0.00 | $54,874.56 | $0.00 | $0.00 |
| 12 | ALLY BANK | 4210-000 | $0.00 | $57,458.58 | $0.00 | $0.00 |
| 13 | ALLY BANK | 4210-000 | $0.00 | $59,461.21 | $0.00 | $0.00 |
| 16 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $37,282.12 | $0.00 | $0.00 |
| 17 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $44,951.58 | $0.00 | $0.00 |
| 18 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $56,722.75 | $0.00 | $0.00 |
| 19S | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $26,240.67 | $0.00 | $0.00 |
| 20 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $48,930.51 | $0.00 | $0.00 |
| 21 | Ford Motor | 4210-000 | $0.00 | $50,877.40 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Credit Company LLC | | | | | |
| 25 | Security Bank | 4110-000 | $0.00 | $2,288,627.61 | $0.00 | $0.00 |
| 31 | Community National Bank | 4210-000 | $0.00 | $409,321.14 | $0.00 | $0.00 |
| 67S | Gabriel Solis | 4210-000 | $0.00 | $8,000.00 | $0.00 | $0.00 |
| | Ally Financial | 4210-000 | $163,000.00 | $0.00 | $0.00 | $0.00 |
| | BizFi | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Commercial State Bank | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Community National Bank | 4210-000 | $410,406.00 | $0.00 | $0.00 | $0.00 |
| | Crane County Appraisal | 4210-000 | $183,771.10 | $0.00 | $0.00 | $0.00 |
| | Ford Motor Credit | 4210-000 | $265,000.00 | $0.00 | $0.00 | $0.00 |
| | GM FInancial | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hitachi Capital American Corp | 4210-000 | $99,049.00 | $0.00 | $0.00 | $0.00 |
| | Mantis Funding | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| RLH | Revere-Lyon Holdings | 4210-000 | $0.00 | $790,428.74 | $837,178.71 | $837,178.71 |
| | Security Bank | 4210-000 | $2,281,524.75 | $0.00 | $0.00 | $0.00 |
| | Volvo Financial Services | 4210-000 | $81,371.00 | $0.00 | $0.00 | $0.00 |
| | Yellowstone Capital | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $3,484,121.85 | $4,344,804.31 | $837,178.71 | $837,178.71 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $54,076.72 | $54,076.72 | $54,076.72 |
| Claim Amount, Trustee | 2200-000 | NA | $2,734.44 | $2,734.44 | $2,734.44 |
| International Sureties Ltd | 2300-000 | NA | $65.88 | $65.88 | $65.88 |
| Cigna Health & Life Insurance Co | 2420-750 | NA | $9,917.11 | $9,917.11 | $9,917.11 |
| Independent Bank | 2600-000 | NA | $276.33 | $276.33 | $276.33 |
| Integrity Bank | 2600-000 | NA | $1,261.92 | $1,261.92 | $1,261.92 |
| US Bankruptcy Clerk - Austin (for Midland) | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Texas Comptroller of | 2820-000 | NA | $33,410.00 | $33,410.00 | $42,486.51 |

| Public Accounts | | | | | |
|---|---|---|---|---|---|
| US Trustee - Pmts | 2950-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| Dennis Wheeler | 2990-000 | NA | $219.30 | $219.30 | $219.30 |
| TxDMV | 2990-000 | NA | $64.40 | $64.40 | $64.40 |
| PPL Grp - Auctioneer's Commission, Auctioneer for Trustee | 3610-000 | NA | $1,172.50 | $1,172.50 | $1,172.50 |
| PPL Grp - Auctioneer's Expenses, Auctioneer for Trustee | 3620-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $112,879.60 | $112,879.60 | $121,956.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Attorney for D-I-P | 6210-160 | NA | $47,169.33 | $25,933.00 | $2,794.42 |
| Claim Amount, Attorney for D-I-P | 6220-170 | NA | $4,049.05 | $4,596.21 | $495.27 |
| Dynamic Fishing and Rentals, LLC, Trade debt ( Chapter 11 | 6910-000 | NA | $176,500.00 | $176,500.00 | $19,018.88 |
| WTG Fuels, Inc., Trade debt ( Chapter 11 | 6910-000 | NA | $27,702.22 | $27,702.22 | $2,985.07 |
| Cigna Health & Life Insurance Co, Other Operating | 6950-000 | NA | $11,333.85 | $11,333.85 | $1,221.29 |
| Texas Workforce Commission, Administrative Post-Petition Wages ( including tax and other withholdings | 6950-720 | NA | $1,613.00 | $1,613.00 | $173.81 |
| Internal Revenue Service, Taxes on Administrative Post-Petition Wages ( employer payroll taxes | 6950-730 | NA | $387,300.00 | $387,300.00 | $41,733.78 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $655,667.45 | $634,978.28 | $68,422.52 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Texas Workforce Commission | 5800-000 | $0.00 | $2,087.49 | $0.00 | $0.00 |
| 6P | Internal Revenue Service | 5800-000 | $0.00 | $143,350.39 | $143,350.39 | $0.00 |
| 28P | W. TX Bulldog Oilfield Services, LLC Health Plan | 5800-000 | $0.00 | $15,778.84 | $15,778.84 | $0.00 |
| 29P | W. TX Bulldog Oilfield Services, LLC Health Plan | 5800-000 | $0.00 | $1,505.47 | $1,505.47 | $0.00 |
| 30P | Texas Comptroller of Public Accounts | 5800-000 | $0.00 | $44,363.53 | $44,363.53 | $0.00 |
| 40 | First Convenience Bank | 5200-000 | $0.00 | $5,733.12 | $0.00 | $0.00 |
| 43 | D & B Fresh Water Station | 5200-000 | $0.00 | $160.00 | $0.00 | $0.00 |
| 44W | Arden Jackson Tracy | 5300-000 | $0.00 | $4,188.74 | $4,252.76 | $0.00 |
| 45W | Jesus Quezada | 5300-000 | $0.00 | $2,658.10 | $2,658.10 | $0.00 |
| 46W | Octavio Higareda Hernandez | 5300-000 | $0.00 | $782.00 | $782.00 | $0.00 |
| 50W | Roy M  Galindo | 5300-000 | $0.00 | $671.50 | $671.50 | $0.00 |
| 51W | Cindy L. Beazley | 5300-000 | $0.00 | $504.00 | $504.00 | $0.00 |
| 52W | Maria Dolores De La Cruz | 5300-000 | $0.00 | $1,565.98 | $1,565.98 | $0.00 |
| 56W | Manuel Ramos | 5300-000 | $0.00 | $4,588.50 | $4,588.50 | $0.00 |
| 57 | Cindy Beazley | 5300-000 | $0.00 | $503.00 | $0.00 | $0.00 |
| 58W | Richard Penaranda (Guerra) | 5300-000 | $0.00 | $3,528.00 | $3,528.00 | $0.00 |
| 59W | Gobel Perez | 5300-000 | $0.00 | $6,662.50 | $6,662.50 | $0.00 |
| 61W | Jorge Moya | 5300-000 | $0.00 | $7,588.00 | $7,588.00 | $0.00 |
| 62 | Stone's Home Center | 5300-000 | $0.00 | $26,087.46 | $0.00 | $0.00 |
| 65W | Homero Marquez | 5300-000 | $0.00 | $5,530.17 | $7,420.00 | $0.00 |
| 66W | Carlos Quintero | 5300-000 | $0.00 | $4,329.50 | $4,329.50 | $0.00 |
| 68W | Guadalupe Balcorta | 5300-000 | $0.00 | $4,239.76 | $5,454.00 | $0.00 |
| 69W | Maria Guzman | 5300-000 | $0.00 | $3,789.03 | $3,789.03 | $0.00 |
| 71W | Armando Alvarado | 5300-000 | $0.00 | $1,415.50 | $1,415.50 | $0.00 |
| 72W | Enrique M Solis | 5300-000 | $0.00 | $3,700.00 | $3,700.00 | $0.00 |
| 73W | Jose Moreno Sr | 5300-000 | $0.00 | $2,651.00 | $2,651.00 | $0.00 |
| 74W | Elias De La Torre | 5300-000 | $0.00 | $2,105.77 | $2,105.77 | $0.00 |
| 75W | Maunel Tamayo | 5300-000 | $0.00 | $5,087.89 | $5,580.00 | $0.00 |

| 76W | Ascencion Reynoso | 5300-000 | $0.00 | $1,807.50 | $1,807.50 | $0.00 |
|------|------|------|------|------|------|------|
| 77W | Maximino Partida | 5300-000 | $0.00 | $4,351.75 | $4,650.00 | $0.00 |
| 78W | Felipe De Jesus Cordero Ramirez | 5300-000 | $0.00 | $1,656.00 | $1,656.00 | $0.00 |
| 79W | Amado Perez | 5300-000 | $0.00 | $6,780.00 | $6,780.00 | $0.00 |
| 80W | Octavio Iniguez | 5300-000 | $0.00 | $1,529.50 | $1,529.50 | $0.00 |
| 81W | Francisco J Garcia | 5300-000 | $0.00 | $1,757.50 | $1,757.50 | $0.00 |
| 82W | Jose C Calderon | 5300-000 | $0.00 | $1,394.25 | $1,394.25 | $0.00 |
| 83W | Luis Rivas | 5300-000 | $0.00 | $1,120.00 | $1,120.00 | $0.00 |
| 84W | Hector J Urias | 5300-000 | $0.00 | $2,437.50 | $2,437.50 | $0.00 |
| 88W | Dennis M Wheeler | 5300-000 | $0.00 | $702.66 | $702.66 | $0.00 |
| 89 | Dennis M Wheeler | 5300-000 | $0.00 | $20,000.00 | $0.00 | $0.00 |
| 97P | Heavy Equipment Rentals of Texas | 5800-000 | $0.00 | $1,687.44 | $0.00 | $0.00 |
| | Internal Revenue Service Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $88,500.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service (FUTA) Federal Unemployment (Employer) | 5800-000 | $0.00 | $552.46 | $552.46 | $0.00 |
| | Internal Revenue Service Medicare (Employer) | 5800-000 | $0.00 | $1,349.68 | $1,349.68 | $0.00 |
| | Internal Revenue Service Social Security (Employer) | 5800-000 | $0.00 | $5,771.02 | $5,771.02 | $0.00 |
| | Texas Comptroller of Public Accounts | 5800-000 | $50,784.00 | $0.00 | $0.00 | $0.00 |
| | Texas Workforce Commission | 5800-000 | $2,087.49 | $0.00 | $0.00 | $0.00 |
| | Texas Workforce Commission State Unemployment | 5800-000 | $0.00 | $1,331.05 | $1,331.05 | $0.00 |

| | | (Employer) | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $141,371.49 | $359,383.55 | $307,083.49 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Dynamic Fishing and Rentals, LLC | 7100-000 | $0.00 | $61,008.10 | $61,008.10 | $0.00 |
| 3 | CABT LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6U | Internal Revenue Service | 7100-000 | $0.00 | $96,258.54 | $96,258.54 | $0.00 |
| 7 | Pension Planning Consultants | 7100-000 | $0.00 | $3,580.00 | $3,580.00 | $0.00 |
| 8U | Hitachi Capital America Corp | 7100-000 | $0.00 | $453.45 | $453.45 | $0.00 |
| 14 | Permian Tractor Sales Inc | 7100-000 | $0.00 | $87,397.61 | $87,397.61 | $0.00 |
| 15 | Aerostat Industries, LLC | 7100-000 | $0.00 | $494.72 | $494.72 | $0.00 |
| 19U | Ford Motor Credit Company LLC | 7100-000 | $0.00 | $560.96 | $560.96 | $0.00 |
| 22 | Merchant Cash and Capital | 7100-000 | $0.00 | $106,844.00 | $106,844.00 | $0.00 |
| 23 | Hurd Krier Wilkerson & Wright PC | 7100-000 | $0.00 | $4,157.50 | $4,157.50 | $0.00 |
| 24 | Airgas USA, LLC | 7100-000 | $0.00 | $3,337.40 | $3,337.40 | $0.00 |
| 26 | US Chaparral Water Systems, Inc. | 7100-000 | $0.00 | $8,689.00 | $8,689.00 | $0.00 |
| 27 | Trinity Environmental SWD I, LLC | 7100-000 | $0.00 | $282,060.05 | $282,060.05 | $0.00 |
| 28U | W. TX Bulldog Oilfield Services, LLC Health Plan | 7100-000 | $0.00 | $22,826.32 | $22,826.32 | $0.00 |
| 29U | W. TX Bulldog Oilfield Services, LLC Health Plan | 7100-000 | $0.00 | $39,215.93 | $39,215.93 | $0.00 |
| 30U | Texas Comptroller of Public Accounts | 7100-000 | $0.00 | $8,427.09 | $8,427.09 | $0.00 |
| 32 | Aqua Terra Water Management, LP | 7100-000 | $0.00 | $15,980.74 | $15,980.74 | $0.00 |
| 33 | Texas Mutual Insurance Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | Volvo Financial | 7100-000 | $0.00 | $26,137.49 | $26,137.49 | $0.00 |

| | Services | | | | | |
|---|---|---|---|---|---|---|
| 35 | Kiker's Machine Works | 7100-000 | $0.00 | $1,700.57 | $1,700.57 | $0.00 |
| 36 | SGH Water Station | 7100-000 | $0.00 | $40.00 | $40.00 | $0.00 |
| 37 | Airgas USA, LLC | 7100-000 | $0.00 | $8,541.23 | $8,541.23 | $0.00 |
| 38 | Airgas USA, LLC | 7100-000 | $0.00 | $631.79 | $631.79 | $0.00 |
| 39 | Snelling Employment LLC | 7100-000 | $0.00 | $4,342.90 | $4,342.90 | $0.00 |
| 41 | Henderson & Erikson Inc | 7100-000 | $0.00 | $8,733.70 | $8,733.70 | $0.00 |
| 47 | GARY HALFMAN FARMS | 7100-000 | $0.00 | $40.00 | $40.00 | $0.00 |
| 48 | R. O. Pomroy Equipment Rental, Inc. | 7100-000 | $0.00 | $60,065.81 | $60,065.81 | $0.00 |
| 53 | 432 Internet LLC | 7100-000 | $0.00 | $4,384.38 | $4,384.38 | $0.00 |
| 55 | Dorian Ramirez | 7100-000 | $0.00 | $2,400.00 | $2,400.00 | $0.00 |
| 60 | Stone's Home Center | 7100-000 | $0.00 | $10,581.13 | $10,581.13 | $0.00 |
| 63 | Verizon Business Global LLC | 7100-000 | $0.00 | $10,169.04 | $10,169.04 | $0.00 |
| 64 | Cellco Partnership d/b/a Verizon Wireless | 7100-000 | $0.00 | $3,772.97 | $3,772.97 | $0.00 |
| 65U | Homero Marquez | 7100-000 | $0.00 | $12.00 | $12.00 | $0.00 |
| 67U | Gabriel Solis | 7100-000 | $0.00 | $9,663.00 | $9,663.00 | $0.00 |
| 70 | GUADALUPE BALCORTA | 7100-000 | $0.00 | $4,239.76 | $0.00 | $0.00 |
| 74U | Elias De La Torre | 7100-000 | $0.00 | $6.00 | $6.00 | $0.00 |
| 85 | Nora Rocha | 7200-000 | $0.00 | $4,165.10 | $4,165.10 | $0.00 |
| 86 | Gabriel Aldape | 7200-000 | $0.00 | $53,384.00 | $0.00 | $0.00 |
| 87 | OP Permian Basin I LLC | 7200-000 | $0.00 | $53,384.00 | $53,384.00 | $0.00 |
| 90 | Pension Planning Consultants, Inc. | 7200-000 | $0.00 | $2,681.75 | $2,681.75 | $0.00 |
| 91 | Overflow Energy, LLC | 7200-000 | $0.00 | $6,630.00 | $6,630.00 | $0.00 |
| 92 | Liberty Tire Recycling LLC | 7200-000 | $0.00 | $3,470.46 | $3,470.46 | $0.00 |
| 94 | RRC Construction | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 95 | Leasing Associates | 7200-000 | $0.00 | $14,359.78 | $14,359.78 | $0.00 |
| 97U | Heavy Equipment Rentals of Texas | 7200-000 | $0.00 | $17,612.45 | $17,612.45 | $0.00 |
| 98 | Permian Basin | 7200-000 | $0.00 | $1,962.50 | $1,962.50 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| H20 LLC | | | | | |
| General Unsecured clms | 7100-000 | $10,874,591.42 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $10,874,591.42 | $1,054,403.22 | $996,779.46 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1          Exhibit 8

| | |
|---|---|
| Case No.: | 17-70126-TMD |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC |
| For the Period Ending: | 12/9/2020 |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Date Filed (f) or Converted (c): | 11/16/2017 (c) |
| §341(a) Meeting Date: | 12/19/2017 |
| Claims Bar Date: | 04/04/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | WF Checking 6572 | $57,642.94 | $650,519.27 | | $100.00 | FA |
| Asset Notes: | orig sched value was <$57,642.94> 3 WF accts bal per WF 11/22/17 - AllA/R proceeds; deposits linked to Asset 3 refund from WF 8/6/19 | | | | | |
| 2 | Security Bank Checking 9142 | $65,125.08 | $0.00 | | $0.00 | FA |
| Asset Notes: | orig sched value was <$65,125.08> | | | | | |
| 3 | A/R | $1,345,618.00 | $150,000.00 | | $836,178.71 | FA |
| Asset Notes: | stay lifted; a/r seized by secured creditor; orig DA 01/11/18 | | | | | |
| 4 | Office Furniture | $13,500.00 | $0.00 | | $0.00 | FA |
| 5 | Office Equipment | $6,500.00 | $0.00 | | $0.00 | FA |
| 6 | Vehicles | $4,234,742.00 | $155,779.00 | | $155,779.00 | FA |
| Asset Notes: | Ally bank MLS Odr dkt 197: 1. 2016 GMC Sierra pickup; Last 6 digits of VIN: 103186; MLS value 63,168.74 (Sched Value 2015 Ford 77,421.86) 2. 2016 GMC Sierra pickup; Last 6 digits of VIN: 156535; MLS value 56,099.31 (Sched Value 2015 Ford 55,591.77) 3. 2016 Chevrolet Silverado pickup; Last 6 digits of VIN: 259946; MLS value 58,581.93 (Sched Value 55,978.19) 4. 2017 Ford F-250 pickup; Last 6 digits of VIN: B84337; MLS value 60,409.67 (Sched Value 2015 Ford LGT #3812 74,281.20) 5. 2015 Chevrolet Silverado pickup; Last 6 digits of VIN: 270455. value 29,306.31 (Sched Value 38,337.94) Ford MLS Odr dkt 232 1. 2016 Ford 550 VIN 1FDUF5HT7GEB97835; MLS value $39,525.00 (Sched Value 2016 Ford F550 $45,451.18) 2. 2017 Ford F150 VIN 1FTEW1EF5HFA75860; MLS value $47,975.00 (Sched Valuenot listed but contract states that the trade in of the 2015 Ford S Duty F-250 VIN5638 was to buy this vehicle $55,113.29) 3. 2017 Ford T350 VIN 1FBZX2CM4HKA01542; MLS value $29,075.00 (Sched Value 2017 Ford Transit 350 $37,816.94) 4. 2015 Ford F750 VIN 3FRWW7FL1FV730246; MLS value $66,500.00 (Sched Value 2015 Ford S Duty F750 $50,327.28) 5. 2015 Ford F750 VIN 3FRWW7FLXFV730245; MLS value $66,500.00 (Sched Value 2015 Ford S Duty F750 $50,183.78) 6. 2015 Ford F550 VIN 1FD0X5HT1FEA75238; MLS value $47,575.00 (Sched Value 2015 Ford F550 $63,635.31) Sold via Auction Odr d 01/19/18 dkt 233 2001 Ford F250 PU VIN- 1FTNW20L51EA72634 $1,750 2004 Mack CX 613 Truck VIN- 1M1AE06Y84N019603 $8,000 2010 Mack CXU 813 Truck VIN- 1PT04KAH2N9004476 $12,500 2006 Shop Built S/A Trailer VIN- 5JYLB2525GP161086 $1,200 ODR Hitachi MLS 08/31/17 dkt 60 2017 Peterbilt 337 Tractor VIN 2NP2HM6X0HM420202 ODR Leasing Assoc 03/26/18 dkt 269: | | | | | |

FORM 01

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2          Exhibit 8

| Case No.: | 17-70126-TMD | | Trustee Name: | Ronald E. Ingalls |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | | Date Filed (f) or Converted (c): | 11/16/2017 (c) |
| For the Period Ending: | 12/9/2020 | | §341(a) Meeting Date: | 12/19/2017 |
| | | | Claims Bar Date: | 04/04/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 2016 GMC 2500 SLT Crew VIN 1GT12TE8XGF283741 | | | | | |
| | 2016 GMC 2500 SLT Crew VIN 1GT12TE81GF257237 | | | | | |
| | 2017 GMC2500 Crew VIN 1GT12UEY5HF124732 | | | | | |
| | ODR Volvo MLS 12/27/17 dkt 210: | | | | | |
| | 2012 Mack CHU613 VIN 1M1AN09Y0CM010488 | | | | | |
| | 2012 Mack CHU613 VIN 1M1AN09Y2CM010489 | | | | | |
| | 2012 Mack CHU613 VIN 1M1AN09Y3CM011599 | | | | | |
| | ODR CNB MLS 01/29/18 dkt 237: | | | | | |
| | 2015 MACK Mobile Home VIN 1M2AX09Y0FM021789 | | | | | |
| | 2015 Peterbilt 388 VIN 1NPWD40XXFD242579 | | | | | |
| | 2015 Freightliner M2106 VIN 3ALACWDT1FDGS7588 | | | | | |
| | ODR Transport MLS 02/05/18 dkt 245: | | | | | |
| | 2017 Peterbilt 337 Tractor VIN 2NP2HM6X0HM420202 | | | | | |
| **Ref. #** | | | | | | |
| 7 | Prudential Ins Pol | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 8 | Prudential Ins Pol Term | $6,000.00 | $0.00 | | | FA |
| 9 | Retainer -Mullin Hoard Brown **(u)** | $0.00 | $1,557.42 | | $1,557.42 | FA |
| 10 | Lincoln MKZ lease VIN x7077 **(u)** | $6,568.44 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Odr Lincoln MLS granted dkt 284 12/12/18 | | | | | |
| 11 | 348 Jeffrey Lane Crane TX 79731 19.18 acres **(u)** | $840,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2473 E 11th Street Odessa TX 79761 **(u)** | $460,000.00 | $0.00 | | $0.00 | FA |
| 13 | Various Master Service  Agreements **(u)** | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Agd Odr MLS dkt 270 d 04/10/18 Master lease by TFG-TX | | | | | |
| | 1. 2014 Case 580 Super N Loader S/N JJGN58SNVEC705089 | | | | | |
| | 2. 2014 Case 580 Super N Loader S/N JJGN58SNCEC705360 | | | | | |
| | 3. 2014 Case NFC 860 Loader S/N JJGN58SNLFC720860 | | | | | |
| | 4. 2014 Case NFC 860 Loader S/N JJGN58SNEFC720862 | | | | | |
| 14 | Ins Policy premium refund **(u)** | $0.00 | $28,942.21 | | $28,942.21 | FA |
| 15 | Remnant Assets **(u)** | $0.00 | $5,000.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                     Gross Value of Remaining Assets

|  | $7,037,696.46 | $993,797.90 | | $1,027,557.34 | $0.00 |
|---|---|---|---|---|---|

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    3          Exhibit 8

| Case No.: | 17-70126-TMD | Trustee Name: | Ronald E. Ingalls |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | Date Filed (f) or Converted (c): | 11/16/2017 (c) |
| For the Period Ending: | 12/9/2020 | §341(a) Meeting Date: | 12/19/2017 |
| | | Claims Bar Date: | 04/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

TDR to REI for review

Odr pay TFR

AMENDED TFR Filed at Court

AMENDED TFR to REI for review

Odr allow admin clm

Cigna mtn to allow admin clm

Withdraw TFR

TFR Filed at Court

TFR to UST

Mosley fwded TX Franchise rtns to be filed

mailed Estate 940 & 941 rtns

mailed Estate 940 & 941 rtns

Mtn to sell remnant assets

TFR to REI for review

Odr allow admin exp WTG Fuels

rec'd 8822b resp

Mtn to pay Admin exp for WTG

Odr pay Franchise taxes

mailed form 8822b again

Odr disallow sec portion Hitachi clm 8 - CLAIMS READY

Odr allow Dynamic admin exp clm

Mtn pay Franchise tax & Final Odr re: disbursement of cash collateral

Mosley sent franchise tax rtns

mtn to allow admin clm Dynamic clm 2

Obj to Claim of Hitachi Capital America & Mtn for final ODR re: cash collateral

Odr hire Mosley & limit Ntc

MTH Mosley & Mtn Limit Ntc

sent info to hire CPA

clm 97 - need to obj to priority tax portion

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    4        Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 17-70126-TMD | |
| **Case Name:** | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | |
| **For the Period Ending:** | 12/9/2020 | |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Ingalls |
| **Date Filed (f) or Converted (c):** | 11/16/2017 (c) |
| **§341(a) Meeting Date:** | 12/19/2017 |
| **Claims Bar Date:** | 04/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| ntc w/d clm 93 | | | | | |
| Clm 96 by TWC - emailed them does this amend clm 93? | | | | | |
| Clm 93 for TWC filed as Admin - sent to REI will we obj? | | | | | |
| Ntc of sale filed | | | | | |
| Ford Mtn for t-o of collateral by D (not TTE) | | | | | |
| 2016 Ford F550, VIN 1FDUF5HT7GEB97835; and | | | | | |
| 2017 Ford F150, VIN 1FTEW1EF5HFA75860 | | | | | |
| Odr agd MLS TFG-TX, L.P | | | | | |
| Agd MLS Leasing Assocs | | | | | |
| Agd MLS TFG-TX LP | | | | | |
| Ch 11 TFR | | | | | |
| Wire In from PPL Auctions | | | | | |
| Amended sched filed | | | | | |
| Odr MLS Hatachi | | | | | |
| Motion to Issue Lost Title | | | | | |
| Agd Odr MLS Community Bank | | | | | |
| TTE Mtn to sell by auction | | | | | |
| Agd ODR MLS Cigna contracts cancelled as of 12/01/17 | | | | | |
| TTE resp to & AGD ODR on fee app for J Blanco | | | | | |
| MLS Cigna | | | | | |
| Hrg on Blanco FA set for 01/16/18 1:30pm | | | | | |
| amended disclosure of comp for atty Blanco | | | | | |
| UST obj DIP Atty FA | | | | | |
| mtn to convert to 11 withdrawn | | | | | |
| Odr allow sub atty - Blanco removed | | | | | |
| Ford MLS - HRG on Mtn Sub atty 11/28 | | | | | |
| faxed rqst for t-o funds to WF | | | | | |
| mtn sub counsel McConnell for Blanco & mtn to convert back to 11 | | | | | |

<div align="center">

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

</div>

Page No: 5    Exhibit 8

| | |
|---|---|
| **Case No.:** | 17-70126-TMD |
| **Case Name:** | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC |
| **For the Period Ending:** | 12/9/2020 |

| | |
|---|---|
| **Trustee Name:** | Ronald E. Ingalls |
| **Date Filed (f) or Converted (c):** | 11/16/2017 (c) |
| **§341(a) Meeting Date:** | 12/19/2017 |
| **Claims Bar Date:** | 04/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

POC date in CH 11 was 11/13/17

Biz address:

2473 E 11 Street

Odessa TX 79761

Ector County

Principal: Nicholas Solis

FA Atty for DIP

D Amended per for correct EIN

**Initial Projected Date Of Final Report (TFR):** 03/31/2019    **Current Projected Date Of Final Report (TFR):** 06/05/2020

/s/ RONALD E. INGALLS

RONALD E. INGALLS

Page No: 1                Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-70126-TMD | |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | |
| Primary Taxpayer ID #: | **-***7645 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/17/2017 | |
| For Period Ending: | 12/9/2020 | |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0126 |
| Account Title: | |
| Blanket bond (per case limit): | $115,993,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/13/2017 | (9) | Mullin Hoard & Brown, LLP | ck 13878 d 12/6/17 retainer refund | 1229-000 | $1,557.42 | | $1,557.42 |
| 12/15/2017 | 1001 | TxDMV | filing fee for 28 Form VTR-275 | 2990-000 | | $64.40 | $1,493.02 |
| 12/18/2017 | (3) | Wells Fargo | cc 171188 d 12/12/17 WF bank acct 2360 | 1121-000 | $22.00 | | $1,515.02 |
| 12/18/2017 | (3) | Wells Fargo | cc 171177 d 12/12/17 WF bank acct 7431 | 1121-000 | $2,146.78 | | $3,661.80 |
| 12/20/2017 | (3) | Wells Fargo | cc 171494 d 12/19/17 bank accoutn 8707 | 1121-000 | $648,350.49 | | $652,012.29 |
| 12/21/2017 | 1002 | Revere-Lyon Holdings, LLC | Wells Fargo account turnover per cash collateral orders #56, 146 | 4210-000 | | $650,519.27 | $1,493.02 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $219.55 | $1,273.47 |
| 01/24/2018 | (3) | Wells Fargo | cc 173520 d 1/23/18 DIP account turnover | 1121-000 | $46,444.00 | | $47,717.47 |
| 01/26/2018 | 1003 | Big Shoulders Capital Servicing Agent | from Wells Fargo account  turnover per cash collateral orders #56, 146 | 4210-000 | | $46,444.00 | $1,273.47 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.02 | $1,260.45 |
| 02/13/2018 | | PPL Group LLC | Wire transfer rec'd - Auction proceeds | * | $19,277.50 | | $20,537.95 |
| | {6} | | Sales Price all vehicles        $23,450.00 | 1129-000 | | | $20,537.95 |
| | | | PPL Grp - Auctioneer's Commission  $(1,172.50) | 3610-000 | | | $20,537.95 |
| | | | PPL Grp - Auctioneer's Expenses    $(3,000.00) | 3620-000 | | | $20,537.95 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.47 | $20,521.48 |
| 03/06/2018 | (3) | West Texas Bulldog Oilfield Service | ck 8296001 d 2/27/18 a/r | 1121-000 | $17,800.00 | | $38,321.48 |
| 03/14/2018 | (3) | West Texas Bulldog | ck 110233574 d 3/8/18 WF checking | 1121-000 | $50,000.00 | | $88,321.48 |
| 03/14/2018 | (3) | West Texas Bulldog | ck 10233573 d 3/8/18 WF account | 1121-000 | $15,000.00 | | $103,321.48 |
| 03/14/2018 | 1004 | Big Shoulders Capital Servicing Agent | turnover of accounts received per order #56, 146 | 4210-000 | | $82,800.00 | $20,521.48 |
| 03/16/2018 | 1005 | Dennis Wheeler | W2/W3 processing and mailing | 2990-000 | | $154.19 | $20,367.29 |
| 03/29/2018 | (6) | Big Shoulders Capital LLC | wire in per agreement with taxing authorities regarding taxes liens on equipment | 1129-000 | $132,329.00 | | $152,696.29 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $59.35 | $152,636.94 |
| 04/04/2018 | (3) | Shinnery Oil Company, Inc. | ck 8603 d 3/29/18 a/r | 1121-000 | $374.00 | | $153,010.94 |
| 04/19/2018 | 1006 | Dennis Wheeler | reimburse 401k participant letters | 2990-000 | | $65.11 | $152,945.83 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $219.87 | $152,725.96 |

|  | | | | **SUBTOTALS** | $933,301.19 | $780,575.23 | |

Page No: 2    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 17-70126-TMD |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC |
| Primary Taxpayer ID #: | **-***7645 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/17/2017 |
| For Period Ending: | 12/9/2020 |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0126 |
| Account Title: | |
| Blanket bond (per case limit): | $115,993,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |


| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/02/2018 | (3) | West Texas Bulldog Oilfield Services | ck 17176537 d 4/26/18 a/r | 1121-000 | $680.00 | | $153,405.96 |
| 05/07/2018 | (3) | Shinnery Oil Company | ck 8657 d 4/30/18 a/r | 1121-000 | $374.00 | | $153,779.96 |
| 05/16/2018 | (3) | Shinnery Oil Company Inc | ck 8667 d 6/9/18 a/r | 1121-000 | $375.00 | | $154,154.96 |
| 05/18/2018 | (3) | Sewell Ford Lincoln | ck 339215 d 2/26/18 parts reimbursement | 1121-000 | $21.22 | | $154,176.18 |
| 05/18/2018 | (3) | OP Permian Basin I, LLC | ck 7661 d 3/9/18 a/r | 1121-000 | $7,328.50 | | $161,504.68 |
| 05/18/2018 | (3) | Swiftwater Energy Services | ck 6525 d 2/28/18 a/r | 1121-000 | $370.75 | | $161,875.43 |
| 05/18/2018 | (3) | Shinnery Oil Company | ck 8556 d 3/2/18 a/r | 1121-000 | $374.00 | | $162,249.43 |
| 05/18/2018 | (3) | Shinnery Oil Company | ck 8567 d 3/16/18 a/r | 1121-000 | $374.00 | | $162,623.43 |
| 05/18/2018 | (3) | Shinnery Oil Company | ck 8587 d 3/23/18 a/r | 1121-000 | $374.00 | | $162,997.43 |
| 05/18/2018 | (3) | Shinnery Oil Company | ck 8620 d 4/10/18 a/r | 1121-000 | $394.00 | | $163,391.43 |
| 05/18/2018 | 1007 | Revere-Lyon Holdings | turnover of receivables per order #56, 146 | 4210-000 | | $10,665.47 | $152,725.96 |
| 05/25/2018 | (3) | Shinnery Oil Company | ck 8681 d 5/18/18 a/r | 1121-000 | $384.50 | | $153,110.46 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $232.43 | $152,878.03 |
| 06/21/2018 | (14) | AFS IBEX | ck 5262409 d 6/13/18 premium refund | 1229-000 | $28,942.21 | | $181,820.24 |
| 06/27/2018 | (3) | Shinnery Oil Company | ck 8727 d 6/21/18 a/r | 1121-000 | $394.00 | | $182,214.24 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.45 | $181,984.79 |
| 07/03/2018 | (3) | Shinnery Oil Company | ck 8705 d 6/5/18 a/r | 1121-000 | $400.00 | | $182,384.79 |
| 07/11/2018 | (3) | Shinnery Oil Company | ck 8751 d 7/5/18 a/r | 1121-000 | $394.00 | | $182,778.79 |
| 07/12/2018 | (3) | Shinnery Oil Company | ck 8738 d 6/30/18 ar | 1121-000 | $375.00 | | $183,153.79 |
| 07/16/2018 | (3) | Shinnery Oil Company | ck 8765 d 7/10/18 a/r | 1121-000 | $75.00 | | $183,228.79 |
| 07/26/2018 | (3) | Shinnery Oil Company | ck 8786 d 7/18/1/8 a/r | 1121-000 | $418.00 | | $183,646.79 |
| 07/26/2018 | (3) | Shinnery Oil Company | ck 8769 d 7/17/18 a/r | 1121-000 | $394.00 | | $184,040.79 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $271.78 | $183,769.01 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $44.03 | $183,724.98 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($44.03) | $183,769.01 |
| 08/09/2018 | (3) | West Texas Bulldog | ck 31523970 d 8/3/18 a/r from WF account | 1121-000 | $599.47 | | $184,368.48 |
| 08/09/2018 | (3) | Shinnery Oil Company | ck 8807 d 8/2/18 a/r | 1121-000 | $384.50 | | $184,752.98 |

| | | | | **SUBTOTALS** | $43,426.15 | $11,399.13 | |

Page No: 3    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-70126-TMD | |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | |
| Primary Taxpayer ID #: | **-***7645 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/17/2017 | |
| For Period Ending: | 12/9/2020 | |

| | | |
|---|---|---|
| Trustee Name: | Ronald E. Ingalls | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******0126 | |
| Account Title: | | |
| Blanket bond (per case limit): | $115,993,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | (3) | Shinnery Oil Company | ck 8814 d 8/4/18 a/r | 1121-000 | $394.00 | | $185,146.98 |
| 08/31/2018 | (3) | Shinnery Oil Company | ck 8835 d 8/20/18 a/r | 1121-000 | $375.00 | | $185,521.98 |
| 08/31/2018 | (3) | Shinnery Oil Company | ck 8843 d 8/24/18 a/r | 1121-000 | $394.00 | | $185,915.98 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $3,253.52 | $182,662.46 |
| 09/05/2018 | (3) | Shinnery Oil Company Inc | ck 8851 d 8/29/18 a/r | 1121-000 | $394.00 | | $183,056.46 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($3,253.52) | $186,309.98 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $276.33 | $186,033.65 |
| 09/14/2018 | (3) | Shinnery Oil Company | ck 8861 d 9/5/18 a/r | 1121-000 | $394.00 | | $186,427.65 |
| 09/17/2018 | (3) | Shinnery Oil Company Inc | ck 8874 d 9/10/18 a/r | 1121-000 | $403.50 | | $186,831.15 |
| 09/27/2018 | (3) | Shinnery Oil Company Inc | ck 8896 d 9/21/18 a/r | 1121-000 | $394.00 | | $187,225.15 |
| 09/28/2018 | 1008 | International Sureties Ltd | Bond Payment | 2300-000 | | $65.88 | $187,159.27 |
| 10/10/2018 | (3) | Shinnery Oil Company Inc | ck 8911 d 10/1/18 a/r | 1121-000 | $404.50 | | $187,563.77 |
| 10/17/2018 | (3) | Dixie Electric LLC | ck 211554 d 10/7/18 a/r | 1121-000 | $6,450.00 | | $194,013.77 |
| 10/26/2018 | (3) | Shinnery Oil Company Inc | ck 8914 d 10/6/18 a/r | 1121-000 | $423.50 | | $194,437.27 |
| 11/01/2018 | (3) | Shinnery Oil Company Inc | CK 8933 D 10/19/18 A/R | 1121-000 | $414.00 | | $194,851.27 |
| 11/08/2018 | (3) | Shinnery Oil Company Inc | ck 8954 d 11/2/18 a/r | 1121-000 | $414.00 | | $195,265.27 |
| 12/03/2018 | (3) | Shinnery Oil Company Inc | ck 8977 d 11/23/18 a/r | 1121-000 | $414.00 | | $195,679.27 |
| 12/12/2018 | (3) | Shinnery Oil Company Inc | ck 8991 d 11/30/18 a/r | 1121-000 | $414.00 | | $196,093.27 |
| 12/20/2018 | (3) | Navitas Midstream Midland Basin LLC | ck 111102 d 12/11/18 | 1121-000 | $3,850.00 | | $199,943.27 |
| 12/26/2018 | (3) | Navitas Midstream Midland Basin LLC | ck 111183 d 12/19/18 a/r | 1121-000 | $26,025.00 | | $225,968.27 |
| 04/30/2019 | 1009 | US Trustee - Pmts | UST quarterly fees 4271770126; claim #42 | 2950-000 | | $6,500.00 | $219,468.27 |
| 08/06/2019 | (1) | Wells Fargo Bank | cc 1482215788 d 7/15/19 refund | 1229-000 | $100.00 | | $219,568.27 |
| 08/15/2019 | 1010 | Revere-Lyon Holdings | per order 8/8/19 turnover of accounts receivable | 4210-000 | | $45,749.97 | $173,818.30 |
| 09/09/2019 | 1011 | Texas Comptroller of Public Accounts | 2018 TX Franchise Tax; taxpayer 32036822909; per order #307; 9/6/19 | 2820-000 | | $33,410.00 | $140,408.30 |
| 10/07/2019 | 1012 | Texas Comptroller of Public Accounts | 2018 TX franchise tax, penalty and interest; taxpayer 32036822909; per order #307; 9/6/19 | 2820-000 | | $9,076.51 | $131,331.79 |
| 11/25/2019 | 1013 | US Bankruptcy Clerk - Austin (for Midland) | 363f motion 11/25/19 312 | 2700-000 | | $181.00 | $131,150.79 |
| | | | **SUBTOTALS** | | $41,657.50 | $95,259.69 | |

Page No: 4    Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-70126-TMD | | Trustee Name: | Ronald E. Ingalls |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7645 | | Checking Acct #: | ******0126 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/17/2017 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 12/9/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/06/2020 | (15) | Oak Point Partners | ck 6451 d 12/27/19 remnant assets | 1229-000 | $5,000.00 | | $136,150.79 |
| 01/31/2020 | 1014 | Revere-Lyon Holdings | re: remnant asset sale per order #314 12/26/19 | 4210-000 | | $1,000.00 | $135,150.79 |
| 10/21/2020 | 1015 | Ronald E. Ingalls | Trustee Compensation Trustee Expenses | * | | $56,811.16 | $78,339.63 |
| | | | Claim Amount $(54,076.72) | 2100-000 | | | $78,339.63 |
| | | | Claim Amount $(2,734.44) | 2200-000 | | | $78,339.63 |
| 10/21/2020 | 1016 | Jesse Blanco, Jr. | Account Number: ; Amount Allowed: 4,596.21; Claim #: ; Account Number: ; Amount Allowed: 25,933.00; Claim #: ; | * | | $3,289.69 | $75,049.94 |
| | | | Claim Amount $(495.27) | 6220-170 | | | $75,049.94 |
| | | | Claim Amount $(2,794.42) | 6210-160 | | | $75,049.94 |
| 10/21/2020 | 1017 | Dynamic Fishing and Rentals, LLC | Account Number: West Texas Bulldog; Amount Allowed: 176,500.00; Claim #: 2; | 6910-000 | | $19,018.88 | $56,031.06 |
| 10/21/2020 | 1018 | Cigna Health & Life Insurance Co | Account Number: 8820; Amount Allowed: 9,917.11; Claim #: 49; | 2420-750 | | $9,917.11 | $46,113.95 |
| 10/21/2020 | 1019 | Cigna Health & Life Insurance Co | Account Number: ; Amount Allowed: 11,333.85; Claim #: 49; | 6950-000 | | $1,221.29 | $44,892.66 |
| 10/21/2020 | 1020 | WTG Fuels, Inc. | Account Number: 14687; Amount Allowed: 27,702.22; Claim #: 54; | 6910-000 | | $2,985.07 | $41,907.59 |
| 10/21/2020 | 1021 | Texas Workforce Commission | Account Number: 668-4; Amount Allowed: 1,613.00; Claim #: 96; | 6950-720 | | $173.81 | $41,733.78 |
| 10/21/2020 | 1022 | Internal Revenue Service | Account Number: 7645; Amount Allowed: 387,300.00; Claim #: 99; | 6950-730 | | $41,733.78 | $0.00 |
| | | | **SUBTOTALS** | | $5,000.00 | $136,150.79 | |

FORM 2

Page No: 5

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-70126-TMD | |
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | |
| Primary Taxpayer ID #: | **-***7645 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/17/2017 | |
| For Period Ending: | 12/9/2020 | |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0126 |
| Account Title: | |
| Blanket bond (per case limit): | $115,993,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,023,384.84 | $1,023,384.84 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,023,384.84 | $1,023,384.84 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,023,384.84 | $1,023,384.84 | |

| For the period of 7/17/2017 to 12/9/2020 | | For the entire history of the account between 12/13/2017 to 12/9/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,027,557.34 | Total Compensable Receipts: | $1,027,557.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,027,557.34 | Total Comp/Non Comp Receipts: | $1,027,557.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,027,557.34 | Total Compensable Disbursements: | $1,027,557.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,027,557.34 | Total Comp/Non Comp Disbursements: | $1,027,557.34 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-70126-TMD | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|
| Case Name: | WEST TEXAS BULLDOG OILFIELD SERVICES, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7645 | | Checking Acct #: | ******0126 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/17/2017 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 12/9/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,023,384.84 | $1,023,384.84 | $0.00 |

| **For the period of 7/17/2017 to 12/9/2020** | | **For the entire history of the case between 11/16/2017 to 12/9/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,027,557.34 | Total Compensable Receipts: | $1,027,557.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,027,557.34 | Total Comp/Non Comp Receipts: | $1,027,557.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,027,557.34 | Total Compensable Disbursements: | $1,027,557.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,027,557.34 | Total Comp/Non Comp Disbursements: | $1,027,557.34 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. INGALLS

RONALD E. INGALLS